# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Valerie Q Palmore** | Case No. | **2:24-bk-14253** |
| Debtor(s) | Chapter | **7** |

## SUPPLEMENTAL
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Bankruptcy Rule 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid, or agreed to be paid, to me after one year before the filing of the petition in bankruptcy for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case in addition to any amounts already disclosed is as follows:

   For legal services, I have agreed to accept............ **40% of any amount awarded to the debtor by court order or settlement in connection with a motion for sanctions against CreditWorks LLC for violation of the discharge injunction and automatic stay, plus reimbursement of out-of-pocket costs.**

   Prior to the filing of this statement I have received ........................................... $ **0.00**

   Balance Due .................................................................................................... $ **Contingent on Award**

2. The source of the compensation paid to me was:

   ☐ Debtor   ☒ Other (specify):   **N/A**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☒ Other (specify):   **Proceeds from any award obtained.**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Since the filing of any prior Federal Bankruptcy Rule 2016(b) Disclosure in this case, I have agreed to perform the following additional services for the supplemental fees identified above:

   **Representation of the debtor in a motion to reopen case and motion for sanctions for violation of the discharge injunction and automatic stay by CreditWorks LLC.**

6. By agreement with the debtor, the above-disclosed fee does not include the following services:

   **a. Any services unrelated to the motions described above.**

   **b. Any appeal or enforcement of a final court order.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 23, 2025** | **/s/ Brad Sadek** |
| *Date* | **Brad Sadek** |
| | *Signature of Attorney* |
| | **Sadek Law Offices** |
| | **1500 JFK Blvd. Ste 220** |
| | **Philadelphia, PA 19102** |
| | **(215) 545-0008   Fax: (215) 545-0611** |
| | **Brad@sadeklaw.com** |
| | *Name of law firm* |