## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Valerie Q. Palmore,<br><br>*Debtor*. | Case No. 24-14253-amc<br>Chapter 7 |

### ORDER

**AND NOW**, upon consideration of the Motion to Extend Time to File Responsive Pleadings filed by Debtor Valerie Q. Palmore, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline to file a response or objection to the Debtor's Motion to Reopen Case is extended to **April 25, 2025**.

3. The deadline to file a response or objection to the Debtor's Motion for Sanctions for Violation of the Discharge Injunction and Automatic Stay by CreditWorks LLC is extended to **April 25, 2025**.

Date: April 11, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge